In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Jamaica Avenue from Old Bowery Road to the East River in the Borough of Queens.
ARMSTEAD C. HENRY et al., as Executors of CATHERINE M. HENRY, Deceased, Appellants.

*Matter of City of New York (Jamaica Avenue),* 143 App. Div. 951, affirmed.
(Argued January 9, 1912; decided January 23, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 28, 1911, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*Merle I. St. John* for appellants.

*Archibald R. Watson, Corporation Counsel (Joel J. Squier* and *John J. Kearney* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.